1  Patrick D. Robbins (CABN 152288)
   SHEARMAN & STERLING LLP
2  535 Mission Street, 25th Floor
   San Francisco, CA 94105
3  Telephone:    415.616.1100
   Facsimile:    415.616.1199
4  Email:         probbins@shearman.com

5  *Attorneys for Defendant Rafael Valencia Mendoza*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL VALENCIA MENDOZA,<br><br>Defendant. | No. CR 10-00734 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SUPERVISED RELEASE REVOCATION HEARING**<br><br>Hearing Date:    March 7, 2017<br>Requested Date:  March 21, 2017 |
|---|---|

WHEREAS, the Court scheduled a Supervised Release revocation hearing for Defendant Rafael Valencia Mendoza for March 7, 2017 at 11:00 a.m.;

WHEREAS, counsel for Mr. Mendoza has a family emergency which will require him to be absent during the week of March 6, 2017;

WHEREAS, having met and conferred, counsel for Mr. Mendoza and counsel for the government respectfully propose that the revocation hearing be continued until March 21, 2017, at 11:00 a.m.;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, with the Court's permission, that the Supervised Release revocation hearing in this matter be and hereby is continued to March 21, 2017, at 11:00 a.m.

**IT IS SO ORDERED.**

Date: March 6, 2017.

_____
WILLIAM ALSUP
United States District Judge