1  Patrick D. Robbins (CABN 152288)
SHEARMAN & STERLING LLP
2  535 Mission Street, 25th Floor
San Francisco, CA 94105
3  Telephone:    415.616.1100
Facsimile:    415.616.1199
4  Email:        probbins@shearman.com

5  *Attorneys for Defendant Rafael Valencia
Mendoza*

6

7

UNITED STATES DISTRICT COURT
8
NORTHERN DISTRICT OF CALIFORNIA
9
SAN FRANCISCO DIVISION
10

11  | UNITED STATES OF AMERICA, | No. CR 10-00734 WHA |
|---|---|
12  | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING** |
13  |  |  |
14  | v. |  |
15  | RAFAEL VALENCIA MENDOZA, | Hearing Date:    May 16, 2017<br>Requested Date:    May 23, 2017 |
16  | Defendant. |  |

17

18      WHEREAS, the Court scheduled a sentencing hearing for Defendant Rafael Valencia

19  Mendoza for May 16, 2017 at 2:00 p.m.;

20      WHEREAS, counsel for Mr. Mendoza has a prior commitment which requires him to be out

21  of the state on May 16, 2017;

22      WHEREAS, having met and conferred, counsel for Mr. Mendoza and counsel for the

23  government respectfully propose that the revocation hearing be continued until May 23, 2017, at

24  2:00 p.m.;

25

26

27

28

1        **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, with the

2   Court's permission, that the sentencing hearing in this matter be and hereby is continued to May 23,

3   2017, at 2:00 p.m., or such other date and time after March 23, 2017 which is convenient to the

4   Court.

5

6   **IT IS SO ORDERED.**

7

8   Date: _____May 3, 2017_____        _____
                                                   WILLIAM ALSUP

9                                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28